IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF/RESPONDENT

V.                          Case No. 2:16-cr-20005-PKH-1

DAVID HENRY                                                     DEFENDANT/PETITIONER

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

By Order entered December 29, 2017 (ECF No. 41), the Court adopted the Magistrate Judge's Report and Recommendation (ECF No. 39), and it denied and dismissed the Defendant's 28 U.S.C. § 2255 motion. The undersigned has been referred Defendant's Motion for Leave to Appeal In Forma Pauperis. (ECF No. 44).

Under 28 U.S.C. § 2253(c)(2), a certificate of appealability may issue only if "the applicant has made a substantial showing of the denial of a constitutional right." A "substantial showing" is a showing that "issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings." *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997), *cert. denied*, 525 U.S. 834 (1998). In its Order entered on December 29, 2017, the Court found that Defendant had failed to make a substantial showing of the denial of a constitutional right, and it ruled that no certificate of appealability shall issue.

Accordingly, I recommend that Defendant's Motion for Leave to Appeal In Forma Pauperis (ECF No. 44) be **DENIED**.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are**

**reminded that objections must be both timely and specific to trigger de novo review by the district court**.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE