IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                              No. 2:16-CR-20005

DAVID HENRY                                                                              DEFENDANT

### **ORDER**

The Court has received a report and recommendation (Doc. 46) from United States Magistrate Judge Mark E. Ford. The Defendant has filed objections. The Magistrate recommends that the Court deny Defendant's motion to proceed in forma pauperis, filed under Federal Rule of Appellate Procedure 24(a)(1). The Court has reviewed the report and recommendations de novo. Defendant's objection misstates the procedure for proceeding in forma pauperis, which is set forth in Federal Rule of Appellate Procedure 24. Defendant's objection provides no basis in law or fact for departing from the Magistrate's report and recommendation. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion for leave to appeal in forma pauperis (Doc. 44) is DENIED.

IT IS SO ORDERED this 5th day of February, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE